UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
March 19, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 07-1386 DSF | Date | March 19, 2018 |
| Title | United States v. Chavez | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☐ will appear for further proceedings as required if released.

☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☐ Lack of bail resources

☐ No stable residence or employment

☐ Ties to foreign countries

☒ Previous failure to appear or violations of probation, parole, or release

☒ Nature of previous criminal convictions (gun convictions)

☒ Substance abuse

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-1386 DSF | Date | March 19, 2018 |
|---|---|---|---|
| Title | United States v. Chavez | | |

☐ Already in custody on state or federal offense
☐ Refusal to interview with Pretrial Services
☐

☐ Defendant did not oppose the detention request.

*  *  *

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.